NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1529

LOUIS B. FINE FAMILY, LLC,

Appellant,

v.

John E. Potter, POSTMASTER GENERAL,

Appellee.

Morris H. Fine, Fine, Fine, Legum & McCracken, LLP, of Virginia Beach, Virginia, argued for appellant.

Robert E. Chandler, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Peter D. Keisler, Assistant Attorney General, and Donald E. Kinner, Assistant Director.

Appealed from: United States Postal Service Board of Contract Appeals

Administrative Judge Norman O. Menegat

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1529

LOUIS B. FINE FAMILY, LLC,

Appellant,

v.

John E. Potter, POSTMASTER GENERAL,

Appellee.

# Judgment

ON APPEAL from the     UNITED STATES POSTAL SERVICE BOARD OF CONTRACT APPEALS

in CASE NO(S).     5307

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, BRYSON and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: July 13, 2007     /s/ Jan Horbaly
     Jan Horbaly, Clerk